[No. 60379-5-I.   Division One.   September 29, 2008.]

GUY F. ATKINSON CONSTRUCTION, LLC, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-36340-0, Bruce W. Hilyer, J., entered July 13, 2007. *Affirmed* by unpublished opinion per Agid, J., concurred in by Becker and Leach, JJ.

[No. 60402-3-I.   Division One.   September 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER ONEAL BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-01865-1, Christopher A. Washington, J., entered July 23, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60418-0-I.   Division One.   September 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. PO VONGDALA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-00395-5, Helen Halpert, J., entered July 16, 2007. *Affirmed* by unpublished per curiam opinion.

[Nos. 60535-6-I; 60536-4-I.   Division One.   September 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN MILTON MACHO, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 07-1-01245-6, Larry E. McKeeman, J., entered August 22, 2007. *Remanded* by unpublished per curiam opinion.